# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

COREY D. BYRD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1394

————————————————

April 8, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen Whyte, Judge.

Corey D. Byrd, pro se.

PER CURIAM.

Affirmed.

LaROSE, SLEET, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.